

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK

**KEITH HOLLAND**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**JENNA NELSON**
Clerk of Court　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief Deputy

# INSTRUCTIONS FOR COMPLETION OF
# APPLICATION TO APPEAR PRO HAC VICE

Pursuant to Local Rule 180(b)(2) the Pro Hac Vice Attorney Applicant must:

- Obtain local counsel (see local counsel requirements below).

- Complete the Application to Appear Pro Hac Vice and agree that said applicant knows and will comply with all applicable local rules.

- After the Pro Hac Vice Application is approved by Order of this court, the applicant must register for access to the California Eastern District Court through PACER as directed on the [PACER - Register for an Account](#) webpage.

- Agree to E-Filing Terms of Use which includes this [Court's Policies and Procedures.](#)

- Attach to the application a Certificate of Good Standing from the court in the attorney's state of primary practice.

Local Counsel must:

- Be admitted to practice before this Court.

- Electronically file the completed application (either Civil or Criminal), under **Proposed Orders**, then select **Application for Pro Hac Vice and Proposed Order** to upload the saved PDF and pay the required $225 fee on-line via Pay.gov. Complete the Pay.gov screens and follow all prompts until the Application for Leave to Appear Pro Hac Vice is filed and notice of electronic filing is received.

<u>The Court:</u>

- The court will review the application and upon approval, issue an order in the case notifying counsel electronically via email.

Questions regarding Pro Hac Vice applications:

| | |
|---|---|
| CAED, Sacramento Division Helpdesk | 916-930-4000 |
| CAED, Fresno Division Helpdesk | 559-499-5600 |



United States District Court
Eastern District of California

Plaintiff(s)

V.

Defendant(s)

Case Number: _____

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

_____

On _____ (date), I was admitted to practice and presently in good standing in the _____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date:_____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____

City and State of Residence: _____

Primary E-mail Address: _____

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: _____

Law Firm Name: _____

Address: _____
_____

City: _____ State: _____ Zip: _____

Phone Number w/Area Code: _____  Bar # _____

# **ORDER**

Dated: _____          _____
                                                        JUDGE, U.S. DISTRICT COURT