

**FILED**

NOV 19 2021

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
       DEPUTY CLERK



# United States District Court
## Eastern District of California

Plaintiff(s): Iowa Pork Producers Association

V.

Defendant(s): Rob Bonta, et al.

Case Number: 1:21-cv-01663

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Ryann A. Glenn** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: **Plaintiff Iowa Pork Producers Association**

On **December 22, 2016** (date), I was admitted to practice and presently in good standing in the **U.S. District Court for the District of Nebraska** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [X] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

Date: **November 17, 2021**       Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Ryann A. Glenn

Law Firm Name: Husch Blackwell LLP

Address: 13330 California Street, Suite 200

City: Omaha   State: NE   Zip: 68054

Phone Number w/Area Code: 402-964-5220

City and State of Residence: Council Bluffs, Iowa

Primary E-mail Address: ryann.glenn@huschblackwell.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trenton H. Norris

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: Three Embarcadero Center, 10th Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: 415-471-3100   Bar #: 164781

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/19/21

JUDGE, U.S. DISTRICT COURT