

**United States District Court**
**Eastern District of California**

FILED
Nov 19 2021
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| Iowa Pork Producers Association | Case Number: 1:21-cv-01663 |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Rob Bonta, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Marnie A. Jensen__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
__Plaintiff Iowa Pork Producers Association__

On __June 20, 2005__ (date), I was admitted to practice and presently in good standing in the __U.S. District Court for the District of Nebraska__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have  ☒ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

Date: __November 17, 2021__        Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Marnie A. Jensen |
| Law Firm Name: | Husch Blackwell LLP |
| Address: | 13330 California Street, Suite 200 |
| City: | Omaha   State: NE   Zip: 68054 |
| Phone Number w/Area Code: | 402-964-5034 |
| City and State of Residence: | Nebraska City, Nebraska |
| Primary E-mail Address: | marnie.jensen@huschblackwell.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Trenton H. Norris |
| Law Firm Name: | Arnold & Porter Kaye Scholer LLP |
| Address: | Three Embarcadero Center, 10th Floor |
| City: | San Francisco   State: CA   Zip: 94111 |
| Phone Number w/Area Code: | 415-471-3100   Bar # 164781 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/19/21

JUDGE, U.S. DISTRICT COURT