

**FILED**

**NOV 19 2021**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

**United States District Court**
**Eastern District of California**

Plaintiff(s): Iowa Pork Producers Association

Case Number: 1:21-cv-01663

V.

Defendant(s): Rob Bonta, et al.

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __Julie Vyskocil__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __Plaintiff Iowa Pork Producers Association__

On __June 1, 2009__ (date), I was admitted to practice and presently in good standing in the __U.S. District Court for the Southern District of Iowa__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: November 17, 2021         Signature of Applicant: /s/ Julie Vyskocil

**Pro Hac Vice Attorney**

Applicant's Name: Julie Vyskocil

Law Firm Name: Brick Gentry, P.C.

Address: 6701 Westown Parkway, Suite 100

City: West Des Moines   State: IA   Zip: 50266

Phone Number w/Area Code: 515-271-5916

City and State of Residence: New Virginia, Iowa

Primary E-mail Address: julie.vyskocil@brickgentrylaw.com

Secondary E-mail Address: _____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Trenton H. Norris

Law Firm Name: Arnold & Porter Kaye Scholer LLP

Address: Three Embarcadero Center, 10th Floor

City: San Francisco   State: CA   Zip: 94111

Phone Number w/Area Code: 415-471-3100   Bar #: 164781

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 11/19/21

_____
JUDGE, U.S. DISTRICT COURT